UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESUS JUAREZ

VERSUS

DAVE MOUTON, ET AL

CIVIL ACTION

NO. 08-104-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 2, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion to remand (rec. doc. 2) will be granted.

Baton Rouge, Louisiana, July 7, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA